

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Shiyan Sun, an individual

**Civil Action No.** 26-cv-01790-AGS-AHG

**Plaintiff,**

**V.**

See Attachment

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

 The parties' joint motion to dismiss (ECF 6 ) is granted. This case is dismissed without prejudice. The case is hereby closed.

**Date:** _____ 4/3/26 _____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Fujita _____

M. Fujita, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** <u>26-cv-01790-AGS-AH</u>

Respondents:

Christopher LaRose
Warden of Otay Mesa Detention Center

Field Office Director of San Diego ICE Field Dffice, U.S. Immigration and Customs Enforcement,
Enforcement and Removal Dperations

Todd Lyons
Acting Director, J.S. Immigration and Customs Enforcement

Pamela Bondi
Attorney General of the United States

Kristi Noem
Secretary of Homeland Security